UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 18-12163 |
| Larry Henderson ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Jacqueline P Cox | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

## ORDER MODIFYING CONFIRMED PLAN

This matter coming before the Court for a hearing on debtor's motion to modify the plan, the court being advised in the matter and having jurisdiction hereof,
IT IS HEREBY ORDERED:

1. That the confirmed plan is modified to provide that the default accruing through September 2022 is hereby deferred.
2. That the remaining payments under the plan shall be $585 per month commencing October 2022 for 12 months.
3. That trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed plan.

Enter: *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: October 03, 2022

**Prepared by:**

Geraci Law, LLC
55 E. Monroe Street, STE 3400
Chicago, IL 60603
(P) 312-332-1800 (F) 877-247-1960 (E)
ndil@geracilaw.com